# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00324-CV

**Mark Malone, M.D., PA d/b/a Advanced Pain Care, Appellant**

**v.**

**Asim Aijaz, M.D., Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-23-005275, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Mark Malone, M.D., PA d/b/a Advanced Pain Care filed a motion to dismiss this appeal asserting that the parties have reached an agreement on the issues that are the subject of this appeal. He represents that Asim Aijaz, M.D. does not oppose the motion. We grant the motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed on Appellant's Motion

Filed: June 11, 2024